UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 13, 2023

Gary P. Serdar
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

**RE: 22-4050, Evans v. Brigham Young University**
Dist/Ag docket: 1:20-CV-00100-TS-CMR

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's May 5, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: David M. Andersen
Edward Ciolko
Nicholas Colella
Jamisen A. Etzel
James S. Jardine
Gary F Lynch
Jason P. Sultzer
Michael A. Tompkins
Michael J. Watton

CMW/at